UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MOSES BETHUNE,

                        Plaintiff,                      22-CV-02748 (JPO)(SN)

        -against-                                    <u>ORDER</u>

CREDIT CONTROL SERVICES, INC.,

                        Defendant.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In light of this action's voluntary dismissal, the initial pretrial conference currently scheduled for May 24, 2022, is ADJOURNED without date. The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Plaintiff at 560 Balcom Ave, Apt 5D, Bronx, NY 10465.

**SO ORDERED.**

                                                                             SARAH NETBURN
                                                            United States Magistrate Judge

DATED:      May 13, 2022
                 New York, New York